1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-08-212-LKK |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE JUDGMENT |
| v. | ) | AND SENTENCING TO |
| | ) | TUESDAY NOVEMBER 29, 2011 |
| RENE WRIGHT, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Richard Bender and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the judgement and sentencing set for **Tuesday, November 15, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, November 29, 2011, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, November 29, 2011.

The defense is requesting this continuance, without objection from the government or probation, to allow the defendant to complete the terms of her plea agreement.

The parties agree to the following Pre-Sentence Report disclosure dates:

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than | November 8, 2011 |
| Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 15, 2011 |
| Reply or statement of non-opposition | November 22, 2011 |
| Judgment and sentencing date: | November 29, 2011 |

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 10-26-11   /s/ RICHARD J. BENDER by e mail authorization
_____
Richard J. Bender
ASSISTANT UNITED STATE ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 10-26-11   /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Rene Wright

**ORDER**

For the reasons stated in the parties' stipulation, the Court hereby orders that the date for sentencing is continued from November 15, 2011 to November 29, 2011 at 9:15 a.m., and the schedule for the disclosure of the Pre-Sentence Report is amended as set forth in the stipulation.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT