```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

**FILED**

MAY 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-0212 LKK |
| Plaintiff, ) | |
| v. ) | **SEALING ORDER** |
| RENE LEE WRIGHT, ) | |
| Defendant. ) | |

Upon request of the United States of America and good cause being apparent from the nature of the document,

IT IS HEREBY ORDERED that the Government's Supplemental Sentencing Memorandum in the above captioned case, filed on or about May 24, 2012, be sealed pending further order of this Court.

Date: 5/29/12

_____
LAWRENCE K. KARLTON
United States District Judge